[No. 68731-0-I.   Division One.   March 17, 2014.]

MARIE-CLAIRE HARPER PAGH, *Respondent*, v. WILLARD GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-3-00907-1, Laura C. Inveen, J., entered March 2 and March 19, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 69255-1-I.   Division One.   March 17, 2014.]

WEST COAST, INC., *Appellant*, v. CAMANO CO-OPERATIVE WATER AND POWER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-2-00063-2, Susan K. Cook, J., entered August 2, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Lau and Verellen, JJ.

[No. 69332-8-I.   Division One.   March 17, 2014.]

ELIZABETH BROOKS ET AL., *Appellants*, v. BPM SENIOR LIVING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-41987-0, Bruce E. Heller, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.